IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KOLAWOLE OLUKOYA, as an individual; MOUNTAIN OF FIRE AND MIRACLES MINISTRIES, Inc., a Nevada Corporation; MOUNTAIN OF FIRE AND MIRACLES MINISTRIES OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAUREEN BAJEDO, as an individual; GIO TV,<br><br>Defendants. | Civil Action No.: 4:20-cv-8001 HSG<br><br><br><br><br><br><br><br><br><br><br><br><br><br>COMPLAINT FILED: November 13, 2020 |

## ORDER

Upon consideration of Plaintiffs Daniel Kolawole Olukoya, as an individual; Mountain of Fire and Miracles Ministries, Inc., a Nevada Corporation; and Mountain of Fire and Miracles Ministries of California, Inc., a California Corporation's Motion to Extend Deadline Set by February 26, 2021 Minute Entry, it is ORDERED that Plaintiffs motion is granted, and that the time to file Plaintiff's Motion for Default Judgment is extended to April 1, 2021.

Dated this 18th day of March, 2021.

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE