UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KOLAWOLE OLUKOYA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUREEN BADEJO, et al.,<br><br>Defendants. | Case No. 20-cv-08001-HSG<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE**<br><br>Re: Dkt. No. 31 |

The Court VACATES the hearing currently set for Plaintiff's Motion for Leave to File Motion for Reconsideration. Dkt. No. 31. Under Civil L.R. 7-9(d), a motion for leave to file a motion to reconsider shall not be set for a hearing unless otherwise ordered. If the Court decides to order the filing of additional papers or that the matter warrants a hearing, it will set an appropriate schedule.

**IT IS SO ORDERED.**

Dated:  8/16/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge